UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60241-CIV-MARRA

JEAN-PIERRE RAYMOND

    Plaintiff

vs.

DOUBLETREE OCEANFRONT

    Defendant.

_____/

**CLOSED CIVIL CASE**

FILED by _____ D.C.
MAY 19 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER OF DISMISSAL

This cause is before the Court *sua sponte*.

On May 3, 2004, this Court dismissed Plaintiff's Complaint without prejudice to Plaintiff to file an Amended Complaint which states a claim upon which relief can be granted. (DE 4.) The Court ordered Plaintiff to file an Amended Complaint on or before May 14, 2004. (Order at 4.) The Court stated that "[f]ailure to file an Amended Complaint within the specified time frame will result in the dismissal of this action." (Order at 4.) The Court reserved ruling on Plaintiff's Motion to Proceed *In Forma Pauperis*. (Order at 4.)

A review of the record shows that Plaintiff has not filed an Amended Complaint within the specified time frame. Dismissal of this action is therefore appropriate. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    This action is **DISMISSED** without prejudice.

    2.    The Clerk shall **CLOSE** this case.

    3.    Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of May, 2004.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:

Jean-Pierre Raymond
113 NW 105 Street
Miami Shores, FL 33150